OPINION — AG — ** JOINT TENANCY HOMESTEAD — SURVIVORSHIP ** 58 O.S. 912 [58-912], IS A PROCEDURAL STATUTE AND DOES 'NOT' AFFECT THE VESTED RIGHTS THAT DO EXIST IN A JOINT TENANCY HOMESTEAD, AND THEREFORE, WOULD APPLY TO THOSE PERSONS WHO DIED PRIOR TO THE EFFECTIVE DATE OF THE ACT. (HOMESTEAD, DEATH, DIED, AFFIDAVIT, DECEASED, ESTATE TAX, CERTIFICATE OF DEATH, REAL PROPERTY) CITE: 58 O.S. 912 [58-912], ARTICLE V, SECTION 54, ARTICLE V, SECTION 52 (DONALD B. NEVARD)